```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

ALAN GAULT,

       Plaintiff,        Case No.: 8:12-cv-1389-T-33TGW

v.

SRI SURGICAL EXPRESS, INC.,
ET AL.,

       Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendants' Motion for Judicial Notice (Doc. # 23), which was filed on September 6, 2012. Plaintiff did not file a response to the motion within the time provided by Local Rule 3.01(b), and the time for doing so has now passed. Accordingly, this Court considers the Motion for Judicial Notice as an unopposed motion. For the reasons stated herein, the motion is granted.

**Analysis**

Pursuant to Federal Rule of Evidence 201, Defendants request that the Court take judicial notice of three separate documents filed with the Securities and Exchange Commission: (1) SRI's Form 8-K, which was filed with the SEC on July 16, 2012, (Doc. # 23-1); (2) SRI's Agreement and Plan of Merger, which was filed with the SEC on June 7, 2012, (Doc. # 23-2);

and (3) SRI's Schedule 14D-9, which was filed with the SEC on June 13, 2012 (Doc. # 23-3).

Rule 201(b) of the Federal Rules of Evidence provides that:

> A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b).

"In order for a fact to be judicially noticed under Rule 201(b), indisputability is a prerequisite." United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994)(citing 21 C. Wright & K. Graham, Federal Practice and Procedure: Evidence § 5104 at 485 (1977 & Supp.1994)). Further, Rule 201(d) of the Federal Rules of Evidence provides that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information."

Plaintiff has failed to object to Defendants' request for judicial notice. The above-noted SEC filings are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Additionally, Defendants have furnished the Court with copies of these SEC filings. (Doc. ## 23-1, 23-2, 23-3). Thus, the Court will

take judicial notice of the relevant documents.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants' Motion for Judicial Notice (Doc. # 23) is **GRANTED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>26th</u> day of September, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:  All Counsel of Record