UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN GAULT,

        Plaintiff,

v.                     Case No.: 8:12-cv-1389-T-33TGW

SRI SURGICAL EXPRESS, INC.,
ET AL.,

        Defendants.

_____/

**<u>ORDER</u>**

This matter is before the Court pursuant to Defendants'
Motion to Dismiss (Doc. # 22), filed on September 6, 2012.
Defendants' Motion seeks dismissal of Plaintiff's Complaint
pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of
Civil Procedure, and the Motion additionally states that the
Complaint fails to satisfy the requirements of the Private
Securities Litigation Reform Act of 1995.

Specifically, Defendants argue that the Complaint fails
to state a claim under Rule 14(e) of the Securities Exchange
Act of 1934 because Plaintiff "does not, and cannot, allege
particularized facts demonstrating that SRI's purported
failure to disclose was done with scienter," and because
Plaintiff "has not pointed to . . . any facts that, if
omitted, give rise to a Section 14 claim." (Doc. # 22 at 10).
Additionally, Defendants argue that Plaintiff's claim for

breach of fiduciary duty is negated by Florida's business judgment rule, and that Plaintiff fails to state a claim for aiding and abetting a breach of fiduciary duty.  <u>Id.</u> at 14, 26.

Defendants' Motion was filed on September 6, 2012. Pursuant to Local Rule 3.01(b) and Rule 6(d), Fed. R. Civ. P., the deadline for Plaintiff to file a response in opposition to the Motion was, at the latest, September 24, 2012.  Plaintiff, who is represented by counsel, failed to file a response to the Motion in the time provided by the Rules or at any point since.   Accordingly, the Court considers the Motion as an unopposed motion.

Upon due consideration of the Motion and the record before the Court, the Court grants the Motion as unopposed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1)  Defendants' Motion to Dismiss (Doc. # 22) is **GRANTED** and this case is dismissed without prejudice.

(2)  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>26th</u> day of September, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2

Copies:   All Counsel of Record