UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN GAULT,

    Plaintiff,

v.                                    Case No. 8:12-cv-1389-T-33TGW

SRI SURGICAL EXPRESS, INC.,
CHARLES W. FEDERICO, JAMES
T. BOOSALES, JAMES M. EMANUEL,
MICHAEL D. ISRAEL, CHARLES T.
ORSATTI, WAYNE R. PETERSON,
GERALD R. WOODARD, and SHM
ACQUISITION, INC.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court sua sponte. On June 22, 2012, Plaintiff Alan Gault filed a complaint against Defendants alleging breach of fiduciary duty (Count I), aiding and abetting breach of fiduciary duty (Count II), and violations of Section 14(e) of the Securities Exchange Act of 1934 (Count III). (Doc. # 1). On October 22, 2012, this Court entered an Order granting Defendants' motion to dismiss as to Counts II and III, but denying the motion to dismiss as to Count I. (Doc. # 33). Additionally, that Order granted leave to amend the complaint on or before November 2, 2012, in order to afford Gault an opportunity to state a claim as to the relevant Counts, if possible. Id. at 11-12. Gault declined to do so.

Upon Gault's failure to file an amended complaint, Defendants filed a "Motion to Decline Supplemental Jurisdiction Over and Dismiss State Law Claim." (Doc. # 35). On November 21, 2012, Gault filed a response in opposition to the motion, urging the Court to exercise supplemental jurisdiction over the remaining breach of fiduciary duty claim or, in the alternative, to grant leave to file an amended complaint alleging diversity jurisdiction. (Doc. # 38 at 3). Notwithstanding Gault's prior opportunity to cure the jurisdictional defects in his complaint, the Court again granted Gault leave to amend. (Doc. # 41 at 4-5). In particular, the Court directed Gault to "specify the basis for diversity jurisdiction as well as the allegations supporting his state law claim of breach of fiduciary duty." Id. at 5.

As of the date of this Order, Gault has again failed to file an amended complaint, and the deadline for doing so has elapsed. Therefore, the Court dismisses this case.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

This case is **DISMISSED**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>11th</u> day of January, 2013.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record